(Official Form 1) (10/05)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**LoveSac of Nevada, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**80-0035754** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**155 North 4oo West**<br>**Suite 520**<br>**Salt Lake City, UT**　　　ZIP Code **84103** | Street Address of Joint Debtor (No. & Street, City, and State):<br>　　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Salt Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**155 North 4oo West**<br>**Suite 520**<br>**Salt Lake City, UT**　　　ZIP Code **84103** | Mailing Address of Joint Debtor (if different from street address):<br>　　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor (Form of Organization)<br>(Check one box) | Nature of Business<br>(Check all applicable boxes.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3) | ☐ Chapter 7　　■ Chapter 11　　☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9　　☐ Chapter 12　　☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Nature of Debts (Check one box) | |
|---|---|
| ☐ Consumer/Non-Business | ■ Business |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                                                                          FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **LoveSac of Nevada, LLC** |

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**The LoveSac Corporation** | Case Number: | Date Filed:<br>**1/30/06** |
| District:<br>**Delaware** | Relationship:<br>**Affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>X_____<br>    Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** | **Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
|---|
| **Venue** (Check any applicable box)<br><br>■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>*Check all applicable boxes* |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br><br>    _____<br>    (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

(Official Form 1) (10/05)                                                                                    **FORM B1, Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **LoveSac of Nevada, LLC** |

Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by §1515 of title 11 are attached. |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code. | ☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | X _____ |
| | Signature of Foreign Representative |
| X _____ | |
| Signature of Debtor | _____ |
| | Printed Name of Foreign Representative |
| X _____ | |
| Signature of Joint Debtor | _____ |
| | Date |
| _____ | |
| Telephone Number (If not represented by attorney) | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached. |
| _____ | |
| Date | |
| **Signature of Attorney** | |
| X _Charlene D. Davis_ | |
| Signature of Attorney for Debtor(s) | |
| Casey P. Coston 49871  Charlene D. Davis 2336 | _____ |
| Printed Name of Attorney for Debtor(s) | Printed Name and title, if any, of Bankruptcy Petition Preparer |
| **Squire Sanders & Dempsey LLP** | |
| Firm Name          The Bayard Firm | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |
| **312 Walnut Street, Suite 3500** 222 Delaware Ave. | |
| **Cincinnati, OH 45202-4036**     9th Floor | |
| Wilmington DE 19801 | |
| Address         302-655-5000 | |
| **Email: ccoston@ssd.com** | _____ |
| 513-361-1200 Fax: 513-361-1201 | Address |
| Telephone Number | X _____ |
| **January 30, 2006** | |
| Date | _____ |
| **Signature of Debtor (Corporation/Partnership)** | Date |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above. |
| The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| X _____ | |
| Signature of Authorized Individual | |
| **Doyle R. Judd** | |
| Printed Name of Authorized Individual | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| **Chief Financial Officer** | |
| Title of Authorized Individual | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |
| **January 30, 2006** | |
| Date | |

# EXHIBIT A

Form 4
(10/05)

# United States Bankruptcy Court
## District of Delaware

In re  **LoveSac of Nevada, LLC**
_____
                              Debtor(s)

Case No. _____

Chapter    **11**    _____

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| **Airgroup Seafreight**<br>**P.O. Box 3627**<br>**Bellevue, WA 98009-3627** | **Airgroup Seafreight**<br>**P.O. Box 3627**<br>**Bellevue, WA 98009-3627** | Services | | 273,573.00 |
| **Aspen Distribution**<br>**1711 South 4650 West**<br>**Salt Lake City, UT 84104** | **Aspen Distribution**<br>**1711 South 4650 West**<br>**Salt Lake City, UT 84104** | Services | | 49,873.00 |
| **Aspen Press**<br>**9423 South 670 West**<br>**Sandy, UT 84070** | **Aspen Press**<br>**9423 South 670 West**<br>**Sandy, UT 84070** | Services | | 38,807.00 |
| **Aspen Transportation**<br>**Attn: Angie Maestas Gen.**<br>**Mgr.**<br>**1711 S. 4650 W**<br>**Salt Lake City, UT 84104** | **Aspen Transportation**<br>**Attn: Angie Maestas Gen. Mgr.**<br>**1711 S. 4650 W**<br>**Salt Lake City, UT 84104** | Services | | 68,224.00 |
| **Border Assembly, Inc.**<br>**1605 Pacific Rim Court**<br>**Suite D**<br>**San Diego, CA 92154-7517** | **Border Assembly, Inc.**<br>**1605 Pacific Rim Court**<br>**Suite D**<br>**San Diego, CA 92154-7517** | Contract | | 17,733.00 |
| **C.H. Robinson Worldwide,**<br>**Inc.**<br>**1020 Sundaown Way**<br>**Suite 130**<br>**Rosefille, CA 95661** | **C.H. Robinson Worldwide, Inc.**<br>**1020 Sundaown Way**<br>**Suite 130**<br>**Rosefille, CA 95661** | Services | | 27,471.00 |
| **Cable Imaging Solutions**<br>**9201 East Bloomintn Freeway**<br>**Suite RR**<br>**Bloomington, MN 55420** | **Cable Imaging Solutions**<br>**9201 East Bloomintn Freeway**<br>**Suite RR**<br>**Bloomington, MN 55420** | Services | | 34,420.00 |
| **California Packaging**<br>**3401 Etiwanda Ave.**<br>**Bldg. 1011D**<br>**Mira Loma, CA 91752** | **California Packaging**<br>**3401 Etiwanda Ave.**<br>**Bldg. 1011D**<br>**Mira Loma, CA 91752** | Goods | | 71,501.00 |

In re  **LoveSac of Nevada, LLC** _____   Case No.  _____
_____
Debtor(s)

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Caro-Link International Inc.<br>881 South 3760 West<br>Salt Lake City, UT 84104 | Caro-Link International Inc.<br>881 South 3760 West<br>Salt Lake City, UT 84104 | Services | | 25,649.00 |
| Changsheng Factory<br>Sino China Trading Ltd.<br>Unit E.50 Hau Xiang Rd.<br>Shanghai, P.R.C. 201105<br>China, | Changsheng Factory<br>Sino China Trading Ltd.<br>Unit E.50 Hau Xiang Rd.<br>Shanghai, P.R.C. 201105<br>China, | Goods | | 36,815.00 |
| Ensign Group International<br>437 E. 1145 N.<br>Orem, UT 84907 | Ensign Group International<br>437 E. 1145 N.<br>Orem, UT 84907 | Goods | | 126,431.00 |
| FedEx ERS<br>Attn:  Box 371741<br>500 Ross Street<br>Room 154-0455<br>Pittsburgh, PA 15250 | FedEx ERS<br>Attn:  Box 371741<br>500 Ross Street<br>Pittsburgh, PA 15250 | Services | | 172,674.00 |
| FedEx Freight West, Inc.<br>Guada Valencia<br>6411 Guadalupe Mines Rd.<br>San Jose, CA 95120 | FedEx Frieght West, Inc.<br>Guada Valencia<br>6411 Guadalupe Mines Rd.<br>San Jose, CA 95120 | Services | | 25,997.00 |
| Ferraricolor<br>1550 South Gladiola St.<br>Salt Lake City, UT 84104 | Ferraricolor<br>1550 South Gladiola St.<br>Salt Lake City, UT 84104 | Services | | 41,383.00 |
| Fudali Factory<br>Sino China Trading Ltd.<br>Unit E.50 Hau Xiang Rd.<br>Shanghai, P.R.C. 201105<br>China | Fudali Factory<br>Sino China Trading Ltd.<br>Unit E.50 Hau Xiang Rd.<br>China | Goods | | 167,697.00 |
| Fuel Marketing, LLC<br>703 East 1700 South Suite 100<br>Salt Lake City, UT 84105 | Fuel Marketing, LLC<br>703 East 1700 South Suite 100<br>Salt Lake City, UT 84105 | Services | | 26,870.00 |
| GoodBaby Factory<br>Sino China Trading Ltd.<br>Unit E.50 Hau Xiang Rd.<br>Shanghai, P.R.C. 201105<br>China | GoodBaby Factory<br>Sino China Trading Ltd.<br>Unit E.50 Hau Xiang Rd.<br>China | Goods | | 388,169.00 |
| HuaZhong Factory<br>Sino China Trading Ltd.<br>Unit E.50 Hau Xiang Rd.<br>Shanghai, P.R.C. 201105<br>China, | HuaZhong Factory<br>Sino China Trading Ltd.<br>Unit E.50 Hau Xiang Rd.<br>Shanghai, P.R.C. 201105<br>China, | Goods | | 28,629.00 |

In re   **LoveSac of Nevada, LLC** _____    Case No.   _____
                                    Debtor(s)

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| ITEX, Inc.<br>P.O. Box 5187<br>Englewood, CO 80155-5187 | ITEX, Inc.<br>P.O. Box 5187<br>Englewood, CO 80155-5187 | Goods | | 64,346.00 |
| Jim Rolfe Sales<br>3381 Gloria Dr.<br>Newbury Park, CA 91320 | Jim Rolfe Sales<br>3381 Gloria Dr.<br>Newbury Park, CA 91320 | Goods | | 26,640.00 |
| Key Construction Company<br>9888 Monroe Dr.<br>Dallas, TX 75220-1506 | Key Construction Company<br>9888 Monroe Dr.<br>Dallas, TX 75220-1506 | Contract | | 81,155.00 |
| Lorber Enterprises<br>17818 S. Figueroa St.<br>Gardena, CA 90248 | Lorber Enterprises<br>17818 S. Figueroa St.<br>Gardena, CA 90248 | Goods | | 97,349.00 |
| MoonHeart Factory<br>Sino China Trading Ltd.<br>Unit E.50 Hau Xiang Rd.<br>Shanghai, P.R.C. 201105<br>China | MoonHeart Factory<br>Sino China Trading Ltd.<br>Unit E.50 Hau Xiang Rd.<br>Shanghai, P.R.C. 201105<br>China | Goods | | 526,431.00 |
| NCE Inc.<br>Building 25, Avenue A<br>Buncher Commerce Park<br>Leetsdale, PA 15056 | NCE Inc.<br>Building 25, Avenue A<br>Buncher Commerce Park<br>Leetsdale, PA 15056 | Goods | | 48,060.00 |
| Scrapfoam.Com, Inc.<br>1979 Marcus Ave. Suuite 210<br>Lake Success, NY 11042 | Scrapfoam.Com, Inc.<br>1979 Marcus Ave. Suuite 210<br>Lake Success, NY 11042 | Goods | | 402,075.00 |
| Shanghai Great Success<br>Garments Co.LTD<br>RMH, 16th Floor, Zhaofeng<br>Universe<br>Bldg. 1800, Zhongshan(W)<br>Shanghai, P.R.C. 200235<br>China | Shanghai Great Success Garments<br>Co.LTD<br>RMH, 16th Floor, Zhaofeng Universe<br>Bldg. 1800, Zhongshan(W)<br>China | Goods | | 67,757.00 |
| Sino China Trading Ltd. Attn:<br>Ty Schmir<br>Unit E.50 Hau Xiang Rd.<br>Shanghai, P.R.C. 201105<br>China | Sino China Trading Ltd. Attn:  Ty<br>Schmir<br>Unit E.50 Hau Xiang Rd.<br>Shanghai, P.R.C. 201105<br>China | Agent Services | | 121,968.00 |
| Team Air Express<br>P.O. Box 972603<br>Dallas, TX 75397-2603 | Team Air Express<br>P.O. Box 972603<br>Dallas, TX 75397-2603 | Services | | 75,556.00 |
| TMCG Sales & Distributing<br>P.O. Box 70312<br>West Valley City, UT 84170 | TMCG Sales & Distributing<br>P.O. Box 70312<br>West Valley City, UT 84170 | Goods | | 63,863.00 |
| Unishippers<br>P.O. Box 790<br>Sandy, UT 84091-0790 | Unishippers<br>P.O. Box 790<br>Sandy, UT 84091-0790 | Services | | 43,402.00 |

In re   **LoveSac Franchising, Inc.**                                              Case No. _____
                                    Debtor(s)

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 30, 2006** _____          Signature _____

                                                     Doyle R. Judd
                                                     Chief Financial Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# EXHIBIT B

## RESOLUTION OF DIRECTORS OF
## LOVESAC OF NEVADA, LLC

A Special Meeting of the Board of Directors of LoveSac of Nevada, LLC, a Nevada limited liability company (the "Company"), was called to order at 11:00 a.m. Eastern Time, on January 27, 2006, by teleconference.

Upon motions duly made and seconded, the following resolutions were approved by the Board of Directors:

RESOLVED, that in the judgment of the directors of the Company, it is desirable and in the best interests of the Company, its creditors, owners and other interested parties, that a petition for reorganization under chapter 11 of the Bankruptcy Code be filed by the Company;

RESOLVED, that the officers of the Company are hereby authorized and instructed to cause preparation of a voluntary petition for reorganization under chapter 11 of the Bankruptcy Code on behalf of the Company and that, upon preparation, the officers are hereby authorized and instructed, on behalf of the Company, to cause such voluntary petition to be executed and verified in such form as such officers, with advice of counsel, deem appropriate and that, upon such execution, the officers are hereby authorized and instructed to cause such voluntary petition to be filed with the United States Bankruptcy Court for the District of Delaware;

RESOLVED, that the officers are hereby authorized and instructed to cause all resolutions, petitions, schedules, lists and other pleadings or papers to be executed and filed and to take any and all action that they deem necessary or proper in connection with such proceedings under chapter 11 of the Bankruptcy Code;

RESOLVED, that the law firm of Squire, Sanders & Dempsey L.L.P. is hereby retained to serve as general bankruptcy counsel in such proceeding and to prepare and execute all necessary documents therefor and the officers of the Company are hereby authorized and instructed to continue to periodically replenish, as required, the retainer in the amount of $100,000, previously paid by the Company to Squire, Sanders & Dempsey L.L.P., on account of the services rendered or to be rendered by it;

RESOLVED, that Getzler Henrich is hereby retained to serve as the financial advisor to the Company in connection with such chapter 11 bankruptcy case, on the same terms as heretofore agreed between such firm and the Company, or otherwise as may be agreed between such firm and the officers of the Company;

RESOLVED, that the officers of the Company are hereby authorized to retain such other professionals for the Company, on terms acceptable to the officers, that the officers deem necessary and appropriate to carry out fully the intent and accomplish the purposes of these resolutions;

RESOLVED, that the officers are hereby authorized and instructed to make such arrangements as they deem necessary or proper for the Company to use existing cash collateral or to borrow additional funds, either as a debtor in possession under chapter 11 or otherwise and that such officers are hereby authorized and instructed, on behalf of and in the name of the Company, to negotiate and agree with existing or potential additional or replacement lenders as to the terms and amounts of any such cash collateral use or further borrowings and to grant such security interests in, or liens on the assets of the Company, to execute and deliver appropriate agreements for such use of post-petition financing in connection with the Company's chapter 11 case, including the granting of liens to such lender(s) to such agreement(s), and to take such additional action and execute and deliver such other agreements, instruments or documents proposed to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any such officer may deem necessary or proper in connection with such further borrowings;

RESOLVED, that the officers are hereby authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further documents and instruments and to pay such fees and expenses, all as such officers deem necessary or appropriate to carry out fully the intent and accomplish the purposes of these resolutions; and

RESOLVED, that any and all past actions heretofore taken by officers or directors of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

The meeting was adjourned at 1:00, Eastern Time.

Secretary for the meeting

# EXHIBIT C

LOVESAC OF NEVADA, LLC
155 NORTH 400 WEST
SUITE 520
SALT LAKE CITY, UT 84103

CASEY P. COSTON
SQUIRE SANDERS & DEMPSEY LLP
312 WALNUT STREET, SUITE 3500
CINCINNATI, OH 45202-4036

ALDER CONSTRUCTION COMPANY
3939 S. 500 W.
SALT LAKE CITY, UT 84123

ALRGROUP SEAFREIGHT
P.O. BOX 3627
BELLEVUE, WA 98009-3627

ASPEN DISTRIBUTION
1711 SOUTH 4650 WEST
SALT LAKE CITY, UT 84104

ASPEN PRESS
9423 SOUTH 670 WEST
SANDY, UT 84070

ASPEN TRANSPORTATION
ATTN: ANGIE MAESTAS GEN. MGR.
1711 S. 4650 W
SALT LAKE CITY, UT 84104

BORDER ASSEMBLY, INC.
1605 PACIFIC RIM COURT
SUITE D
SAN DIEGO, CA 92154-7517

C.H. ROBINSON WORLDWIDE, INC.
1020 SUNDAOWN WAY
SUITE 130
ROSEFILLE, CA 95661

CABLE IMAGING SOLUTIONS
9201 EAST BLOOMINTN FREEWAY
SUITE RR
BLOOMINGTON, MN 55420

CALIFORNIA PACKAGING
3401 ETIWANDA AVE.
BLDG. 1011D
MIRA LOMA, CA 91752

CARO-LINK INTERNATIONAL INC.
881 SOUTH 3760 WEST
SALT LAKE CITY, UT 84104

CBL & ASSOCIATES MANAGEMENT, INC.
CBL CENTER
SUITE 500
2030 HAMILTON PLACE BLVD.
CHATTANOOGA, TN 37421-6000

CHANGSHENG FACTORY
SINO CHINA TRADING LTD.
UNIT E.50 HAU XIANG RD.
SHANGHAI, P.R.C. 201105
CHINA,

CIRCLE CENTRE MALL, LLC
M.S. MANAGEMENT ASSOCIATES INC.
NATIONAL CITY CENTER
115 W. WASHINGTON
INDIANAPOLIS, IN 46204

CLACKAMAS TOWN CENTER
CLACKAMAS MALL L.L.C.
110 N. WACKER DR.
CHICAGO, IL 60606

DEERBOORK MALL
GGP - DEERBROOK, L.P.
110 N. WACKER DR.
CHICAGO, IL 60606

DESERT PASSAGE SHOPPING CENTER
P.O. BOX 1236
NEWARK, NJ 07101

EDEN PRAIRIE CENTER
EDEN PRAIRIE CENTER, L.L.C.
110 N. WACKER DR.
CHICAGO, IL 60606

EKLECCO NEWCO LLC
THE CLINTON EXCHANGE
ATTN: MANAGEMENT DIVISION
FOUR CLINTON SQUARE
SYRACUSE, NY 13202-1078

ENSIGN GROUP INTERNATIONAL
437 E. 1145 N.
OREM, UT 84907

FEDEX ERS
ATTN: BOX 371741
500 ROSS STREET
ROOM 154-0455
PITTSBURGH, PA 15250

FEDEX FRIEIGHT WEST, INC.
GUADA VALENCIA
6411 GUADALUPE MINES RD.
SAN JOSE, CA 95120

FERRARICOLOR
1550 SOUTH GLADIOLA ST.
SALT LAKE CITY, UT 84104

FUDALI FACTORY
SINO CHINA TRADING LTD.
UNIT E.50 HAU XIANG RD.
SHANGHAI, P.R.C. 201105
CHINA,

FUEL MARKETING, LLC
703 EAST 1700 SOUTH SUITE 100
SALT LAKE CITY, UT 84105

GENERAL GROWTH MANAGEMENT, INC.
2063 TOWN EAST MALL
MESQUITE, TX 75150

GGP IVANHOE II, INC.
4300 MEADOWS LANE, SUITE 10
LAS VEGAS, NV 89107

GLENBROOK SQUARE
GGP - GLENBROOK, L.L.P.
110 N. WACKER DR.
CHICAGO, IL 60606

GOODBABY FACTORY
SINO CHINA TRADING LTD.
UNIT E.50 HAU XIANG RD.
SHANGHAI, P.R.C. 201105
CHINA,

HUAZHONG FACTORY
SINO CHINA TRADING LTD.
UNIT E.50 HAU XIANG RD.
SHANGHAI, P.R.C. 201105
CHINA,

JIM ROLFE SALES
3381 GLORIA DR.
NEWBURY PARK, CA 91320

LAYTON HILLS PARTNERS, L.P.
124 JOHNSON FERRY RD. NE
ATLANTA, GA 30328

MAIN PLACE
2800 N. MAIN STREET, SUITE 775
SANTA ANA, CA 92705

MERIDEN SQUARE #2 LLC
11601 WILSHIRE BLVD., 12TH FLOOR
ATTN: LEGAL DEPT.
LOS ANGELES, CA 90025

NCE INC.
BUILDING 25, AVENUE A
BUNCHER COMMERCE PARK
LEETSDALE, PA 15056

RIVERTOWN CROSSING
GGP-GRANDVILLE L.L.C.
110 N. WACKER DR.
CHICAGO, IL 60606

SCRAPFOAM.COM, INC.
1979 MARCUS AVE. SUUITE 210
LAKE SUCCESS, NY 11042

SINO CHINA TRADING LTD. ATTN: TY
SCHMIR
UNIT E 50 HAU XIANG RD.
SHANGHAI, P.R.C. 201105
CHINA,

TEAM AIR EXPRESS
P.O. BOX 972603
DALLAS, TX 75397-2603

INLAND SOUTHWEST MANAGEMENT LLC
THE GATEWAY SALT LAKE CITY
2901 BUTTERFIELD RD.
ATTN: JOANN ARMENTA
OAK BROOK, IL 60523

JORDAN CREEK TOWN CENTER
GGP JORDAN CREEK LLC
110 N. WACKER DR.
CHICAGO, IL 60606

LORBER ENTERPRISES
17818 S. FIGUEROA ST.
GARDENA, CA 90248

MANAGEMENT ASSOCIATES LP
MANAGING AGENT
1300 WILSON BLVD., SUITE 400
ARLINGTON, VA 22209

MOAC MALL HOLDINGS LLC
M.S. MANAGEMENT ASSOCIATES, INC.
NATIONAL CITY CENTER
115 W. WASHGINTON
INDIANAPOLIS, IN 46204

OAK VIEW MALL LLC
GENERAL GROWTH PROPERTIES, INC.
ATTN: LAW/LEASE ADMIN. DEPT.
110 N. WACKER DR.
CHICAGO, IL 60606

ROCKAWAY CENTER ASSOCIATES
M.S. MANAGEMENT ASSOCIATES, INC.
NATIONAL CITY CENTER
115 W. WASHINGTON
INDIANAPOLIS, IN 46204

SHANGHAI GREAT SUCCESS GARMENTS
CO LTD
RMH, 16TH FLOOR, ZHAOFENG UNIVERSE
BLDG. 1800, ZHONGSHAN(W)
SHANGHAI, P.R.C. 200235
CHINA,

ST. LOUIS MILLS LIMITED PARTNERSHIP
MILLS CORPORATION
1300 WILSHIRE BLVD., SUITE 400
ARLINGTON, VA 22209

TERMINAL TOWER
50 PUBLIC SQUARE, SUITE 1100
CLEVELAND, OH 44113-2267

ITEX, INC.
P.O. BOX 5187
ENGLEWOOD, CO 80155-5187

KEY CONSTRUCTION COMPANY
9888 MONROE DR.
DALLAS, TX 75220-1506

MACERICH SOUTH TOWNE L.P.
MANAGEMENT OFFICE
10450 S. STATE STREET
ATTN: CENTER MANAGER
SANDY, UT 84070

MAYFAIR MALL
MAYFAIR PROPERTY, INC.
110 N. WACKER DR.
CHICAGO, IL 60606

MOONHEART FACTORY
SINO CHINA TRADING LTD.
UNIT E.50 HAU XIANG RD.
SHANGHAI, P.R.C. 201105
CHINA,

PITTSBURGH MILLS L.P.
ATTN: GENERAL COUNSEL
1300 WILSON BLVD., SUITE 400
ARLINGTON, VA 22209

ROCKSAL MALL, LLC
M.S. MANAGEMENT ASSOCIATES, INC.
NATIONAL CITY CENTER
115 W. WASHINGTON
INDIANAPOLIS, IN 46204

SIMON PROPERTY GROUP (TEXAS), L.P.
M.S. MANAGEMENT ASSOCIATES, INC.
NATIONAL CITY CENTER
115 W. WASHINGTON
INDIANAPOLIS, IN 46204

STONEBRIAR CENTRE
STONEBRIAR MALL LIMITED
PARTNERSHIP
110 N. WACKER DR.
ATTN: LAW/LEASE ADMIN. DEPT.
CHICAGO, IL 60606

THE PARKS AT ARLINGTON, L.P.
110 N. WACKER DR.
ATTN: LAW/LEASE ADMIN. DEPT.
CHICAGO, IL 60606

THE RETAIL PROPERTY TRUST
M.S. MANAGEMENT ASSOCIATES, INC.
NATIONAL CITY CENTER
115 W. WASHINGTON
INDIANAPOLIS, IN 46204

THE ROUSE COMPANY
GENERAL COUNSEL
10275 LITTLE PATUXENT PARKWAY
COLUMBIA, MD 21044

TMCG SALES & DISTRIBUTING
P.O. BOX 70312
WEST VALLEY CITY, UT 84170

TYSONS  CORNER HOLDINGS, LLC
MACERICH COMPANY
401 WILSHIRE BLVD., SUITE 700
SANTA MONICA, CA 90407

TYSONS CORNER HOLDINGS,LLC
1265 SCOTTSVILLE ROAD
ATTN:  CENTER MANAGER
ROCHESTER, NY 14624

U.S. GATEWAY II INVESTMENT ASSOC.
199191 S. VERMONT AVE., SUITE 590
TORRANCE, CA 90502

UNISHIPPERS
P.O. BOX 790
SANDY, UT 84091-0790

VISTA RIDGE JOINT VENTURE
2401 S. STEMMONS FREEWAY
LEWISVILLE, TX 75067

WEST TOWN MALL JOINT VENTURE
M.S. MANAGEMENT ASSOCIATES, INC.
NATIONAL CITY CENTER
115 W. WASHINGTON
INDIANAPOLIS, IN 46204

WESTLAND GARDEN PLAZA L.P.
ATTN:  LEGAL DEPARTMENT
11601 WILSHIRE BLVD., 12TH FLOOR
LOS ANGELES, CA 90025

WESTROADS MALL
WESTROADS MALL LLC
110 N. WACKER DR.
CHICAGO, IL 60606

WOLF GALLERIA LIMITED PARTNERSHIP
M.S. MANAGEMENT ASSOCIATES, INC.
NATIONAL CITY CENTER
115 W. WASHINGTON
INDIANAPOLIS, IN 46205

WOODLANDS MALL
GGP - WOODLANDS, L.P.
110 N. WACKER DR.
CHICAGO, IL 60606

**United States Bankruptcy Court**
**District of Delaware**

In re   LoveSac Franchising, Inc.                         Case No. _____

                                   Debtor(s)      Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 30, 2006** _____

_____

Doyle R. Judd, Chief Financial Officer
Signer/Title

# EXHIBIT D

## United States Bankruptcy Court
### District of Delaware

In re    **LoveSac of Nevada, LLC**            Case No. _____

                                   Debtor

Chapter             **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **The LoveSac Corporation** **155 North 400 West** **Suite 520** **Salt Lake City, UT 84103** | **LLC Membership Interest** | **100 (100%)** | **Direct** |

<u> 0 </u>   continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **LoveSac Franchising, Inc.**                                                    Case No. _____

_____
Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**January 30, 2006**_____                Signature_____

**Doyle R. Judd**
**Chief Financial Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

# EXHIBIT E

# United States Bankruptcy Court
## District of Delaware

In re    **LoveSac of Nevada, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __LoveSac of Nevada, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**The LoveSac Corporation
155 North 400 West
Suite 520
Salt Lake City, UT 84103**

☐ None [*Check if applicable*]

**January 30, 2006**

Date

**Casey P. Coston**

Signature of Attorney or Litigant
Counsel for    **LoveSac of Nevada, LLC**

**Squire Sanders & Dempsey LLP**
**312 Walnut Street, Suite 3500**
**Cincinnati, OH 45202-4036**
**513-361-1200 Fax:513-361-1201**
**ccoston@ssd.com**

The Bayard Firm
Charlene D. Davis 2336
222 Delaware Ave., 9th Floor
Wilmington, DE 19801
302-655-5000